UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 23-20551-CIV-MARTINEZ-BECERRA**

KRYSTEL LIMONTE,

     Plaintiff,

v.

KAREO, INC.,

     Defendant.

_____/

## ORDER ON MOTION TO REMAND

**THIS CAUSE** came before the Court on Defendant's Notice of Withdrawal of Notice of Removal and Unopposed Request for Remand ("Motion to Remand").  (ECF No. 7).  Defendant moves, unopposed, to remand this case back to the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.  (*Id.* ¶¶ 8–9).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion to Remand, (ECF No. 7), is **GRANTED**.  This case is remanded to the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 16th day of February, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record